ALVIN F. NIMS, Respondent, *v.* EDWIN A. MERRITT, JR., et al., Appellants.

Reported below, 84 App. Div. 632.
(Argued February 8, 1904; decided February 16, 1904.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 29, 1903, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal; that no question of law was involved; that the exceptions were frivolous; that the appeal was taken for the purpose of delay; that the decision of the Appellate Division was unanimous and no leave to appeal had been granted.

*Henry Purcell* for motion.

*Lowen E. Ginn* opposed.

Motion denied, with ten dollars costs.